UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12794
   MICHAEL P RENDAK
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-8360
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/08/06 and confirmed on 03/21/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   9978.40 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRP FINANCIAL SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 4664.72 | .00 | 4664.72 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE CAPITAL MANA | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE CAPITAL MGMT | UNSECURED | 326.47 | .00 | 326.47 |
| RMI/MCSI | UNSECURED | 615.00 | .00 | 615.00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TROJAN PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1954.99 | .00 | 1954.99 |

          Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4664.72 | .00 | 2896.46 | .00 | 7561.18 |
| PRINCIPAL PAID | 4664.72 | .00 | 2896.46 | .00 | 7561.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4664.72 | .00 | 2896.46 | .00 | 7561.18 |

The Debtor's attorney, ROBERT V SCHALLER           , was allowed $   3000.00
and was paid $   1459.00   direct and $   1541.00   through the plan.

The Trustee received $    303.12 .

Refunds to the Debtor totaled $    573.10 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/10/07                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                              PAGE  2
       CASE NO. 06 B 12794 MICHAEL P RENDAK